

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-18-00484-CR

David Asa **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0549
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's brief was originally due on February 21, 2019. On February 7, 2019, we granted appellant's request to extend the briefing deadline, which caused appellant's brief to be due on or before March 25, 2019. Appellant's brief was not filed by this date, and the clerk of this court notified appellant's attorney by letter that appellant's brief was late and asked appellant's attorney to respond to this court in writing. *See* TEX. R. APP. P. 38.8(b)(2). On April 5, 2019, appellant filed a motion for extension of time, requesting an additional thirty days in which to file appellant's brief. We granted appellant's request, and his appellant's brief became due on April 24, 2019. Appellant's brief has not been filed.

Accordingly, we **ORDER** appellant's attorney to file appellant's brief on or before **June 14, 2019**, If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court